# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1137
_____

JEREMY BROCKMAN,

Appellant,

v.

FREEDOM MORTGAGE
CORPORATION, and ERIN LUCAS,

Appellees.

_____


On appeal from the Circuit Court for Bay County.
James Jefferson Goodman, Jr., Judge.



October 1, 2025

PER CURIAM.

DISMISSED.

ROBERTS, ROWE, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeremy Brockman, pro se, Appellant.

Kathryn Lee Ender of Dinsmore & Shohl LLP, Miami, for Appellees.